IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIAN LECRAW, JR., | :<br>: |
| Plaintiff, | :<br>: |
| v. | : CIVIL ACTION NO.<br>: 1:14-CV-1149-RWS |
| THE ANTIQUE WINE<br>COMPANY (Franchising), et al., | :<br>:<br>: |
| Defendants. | :<br>: |

## ORDER

Counsel have advised the Court that the parties have settled the case. Additional time is needed to conclude the settlement. Therefore, the Clerk is **ORDERED** to **ADMINISTRATIVELY CLOSE** the case. Either party may move to reopen the case for entry of judgment or such other action as may be required.

SO ORDERED, this 25th day of June, 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)