IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIAN LECRAW, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION |
| THE ANTIQUE WINE COMPANY (FRANCHISING) LIMITED, THE ANTIQUE WINE CO. (HOLDINGS) LIMITED, AWC GLOBAL PLC, and STEPHEN WILLIAMS, | ) FILE NO. 1:14-cv-01149-RWS |
| | ) |
| Defendants. | ) |

**WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO REOPEN CASE FOR ENTRY OF JUDGMENT**

Plaintiff Julian LeCraw, Jr. hereby withdraws, without prejudice, Plaintiff's Motion to Reopen Case For Entry of Judgment (Doc. 45), and respectfully asks the Court not to enter the Consent Judgment at this time. Plaintiff's withdrawal of the Motion is without prejudice to re-filing same at a later date and is without prejudice to Mr. LeCraw's claims, rights and remedies as to any and all Defendants which are in default in their payment of their settlement obligations. Mr. LeCraw reserves all rights, remedies, claims, and causes of action, and does not waive any.

Respectfully submitted this 16th day of June, 2016.

27655349 v1

/s/ John O'Shea Sullivan
John O'Shea Sullivan
Georgia Bar No. 691305
ssullivan@burr.com
Bret A. Beldt
Georgia Bar No. 940327
bbeldt@burr.com
*Attorneys for Plaintiff Julian LeCraw, Jr.*

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO REOPEN CASE FOR ENTRY OF JUDGMENT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

/s/ John O'Shea Sullivan
John O'Shea Sullivan
Georgia Bar No. 691305
ssullivan@burr.com

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile:  (404) 817-3244

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2016, I electronically filed the foregoing **WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO REOPEN CASE FOR ENTRY OF JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

>J. Marbury Rainer, Esq.
>Erin M. Moore, Esq.
>Parker Hudson Rainer & Dobbs LLP
>285 Peachtree Center Avenue, NE
>1500 Marquis Two Tower
>Atlanta, Georgia 30303

>/s/ John O'Shea Sullivan
>John O'Shea Sullivan
>Georgia Bar No. 691305
>ssullivan@burr.com
>*Attorney for Plaintiff Julian LeCraw, Jr.*

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

27655349 v1                                    4